IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MARLIN HERBST,<br><br>        Plaintiff,<br>vs.<br><br>BUSH BOAKE ALLEN INC., *et al*,<br><br>        Defendants. | No. C17-4008-MWB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

_____

      This case is before me on plaintiff Marlin Herbst's Agreed Motion For Enlargement of Time for Plaintiff to Respond to Defendants Bush Boake Allen Inc. and International Flavors & Fragrances, Inc's Motion to Dismiss or In the Alternative, Motion to Strike (docket no. 11). Plaintiff Herbst represents that defendants do not resist his request for an extension. Plaintiff Herbst's motion is granted. Plaintiff Herbst shall file his response to defendants Bush Boake Allen Inc. and International Flavors & Fragrances, Inc's Motion to Dismiss or In the Alternative, Motion to Strike on or before April 13, 2017.

      **IT IS SO ORDERED**.

      **DATED** this 17th day of March, 2017.

                                                                                                                    */s/ Mark W. Bennett*
                                                                                           MARK W. BENNETT
                                                                                           U.S. DISTRICT COURT JUDGE
                                                                                           NORTHERN DISTRICT OF IOWA