IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MARLIN HERBST,<br><br>    Plaintiff,<br>vs.<br><br>BUSH BOAKE ALLEN INC., *et al,*<br><br>    Defendants. | No. C17-4008-MWB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GIVAUDAN FLAVORS CORPORATION'S MOTION TO DISMISS |

_____

This case is before me on plaintiff Marlin Herbst's Agreed Motion For Enlargement of Time for Plaintiff to Respond to Defendant Givaudan Flavors Corporation's ("Givaudan") Motion to Dismiss Plaintiff's Petition (docket no. 33). Plaintiff Herbst represents that Givaudan does not resist his request for an extension. Plaintiff Herbst's motion is granted. Plaintiff Herbst shall file his response to Givaudan's Motion to Dismiss on or before May 26, 2017.

    **IT IS SO ORDERED**.

    **DATED** this 21st day of April, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA