# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| MARLIN HERBST,<br><br>Plaintiff,<br>vs.<br><br>BUSH BOAKE ALLEN INC., *et al*,<br><br>Defendants. | No. C17-4008-MWB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CITRUS AND ALLIED ESSENCES, LTD.'S MOTION TO DISMISS |

_____

This case is before me on plaintiff Marlin Herbst's Agreed Motion For Enlargement of Time for Plaintiff to Respond to Defendant Citrus and Allied Essences, Ltd.'s ("Citrus") Motion to Dismiss Plaintiff's Petition (docket no. 36). Herbst requests the extension of time to permit the parties to engage in further settlement negotiations. He represents that Citrus does not resist his request for an extension. Herbst's motion is granted. Herbst shall file his response to Citrus's Motion to Dismiss on or before June 9, 2017.

**IT IS SO ORDERED**.

**DATED** this 2nd day of May, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA