## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

MARLIN HERBST,          )
          )
       **Plaintiff,**    )    **Case No. 5:17-cv-04008-MWB**
          )
**v.**          )    **PLAINTIFF'S RESPONSE TO**
          )    **DEFENDANT GIVAUDAN FLAVORS**
          )    **CORPORATION'S STATEMENT OF**
**BUSH BOAKE ALLEN INC., et al.**    )    **FACTS IN SUPPORT OF ITS**
          )    **MOTION FOR SUMMARY**
       **Defendants.**    )    **JUDGMENT**
          )

---

Pursuant to L.R. 56.01(b)(3), Plaintiff submits his Response to Defendant Givaudan Flavors Corporation's Statement of Facts in Support of its Motion for Summary Judgment.

1.    Admit.

2.    Admit that during his employment at American Popcorn, Plaintiff Marlin Herbst was exposed to diacetyl-containing butter flavorings. (Ex. 28, App. 0159-0181, Affidavit of Dr. Charles Pue, with accompanying reports).

3.    Admit that Plaintiff Marlin Herbst has been diagnosed with bronchiolitis obliterans as a result of his exposures to diacetyl-containing flavorings while employed at the American Popcorn plant. (Ex. 10, App. 0054, Affidavit of Marlin at ¶13); (Ex. 28, App. 0159-0181, Affidavit of Dr. Charles Pue, with accompanying reports).

4.    Admit.

Date: March 26, 2018

Respectfully submitted,

*s/ J'Nan C. Kimak*

KENNETH B. McCLAIN (admitted pro hac vice)
J'NAN C. KIMAK (admitted pro hac vice)
ANDREW K. SMITH (admitted pro hac vice)
MICHAEL S. KILGORE (admitted pro hac vice)
NICHELLE L. OXLEY (admitted pro hac vice)
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8699 fax
kbm@hfmlegal.com
jck@hfmlegal.com
aks@hfmlegal.com
msk@hfmlegal.com
nlo@hfmlegal.com

AND

DENNIS M. McELWAIN          AT0005253
JAY M. SMITH                AT0007387
SMITH & McELWAIN LAW OFFICE
505 5th Street, Suite 530
Sioux City, Iowa 51101
(712) 255-8094
(712) 255-3825 fax
smitmcel@aol.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018 I electronically filed the foregoing with the Court using the Court's CM/ECF system which sends notification of same to all counsel of record also listed below:

*s/ J'Nan C. Kimak*
**ATTORNEY FOR PLAINTIFFS**


Robert M. Slovek
Matthew E. Enenbach
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
(402) 346-1148 fax
Robert.Slovek@KutakRock.com
matthew.enenbach@kutakrock.com

and

Kimberly E. Ramundo
Stephen J. Butler
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(513) 352-6587
(513) 251-4771
Kim.Ramundo@thompsonhine.com
Steve.butler@thompsonhine.com
**ATTORNEYS FOR GIVAUDAN**
**FLAVORS CORPORATION**

Douglas L Phillips
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Ste. 290
Sioux City, IA 51106
(712) 252 1866
(712) 252 5822 fax
phillips@klasslaw.com

and

3

Jason Meyer
Christopher J. Mulvaney
Gordon & Rees
101 West Broadway, Suite 2000
San Diego, CA 92101
619-270-7858 Telephone
(619) 696-7124 Facsimile
jmeyer@gordonrees.com
cmulvaney@gordonrees.com
**ATTORNEYS FOR EMORAL, INC.**

4