# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | | |
|---|---|---|
| MARLIN HERBST, | ) | |
| | ) | Case No. 5:17-cv-04008-MWB |
| | ) | |
| Plaintiff, | ) | APPENDIX IN SUPPORT OF |
| | ) | PLAINTIFF'S RESISTANCE TO |
| v. | ) | DEFENDANT GIVAUDAN |
| | ) | FLAVORS CORPORATION'S |
| BUSH BOAKE ALLEN INC., et al. | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT |
| Defendants. | ) | |

## TABLE OF CONTENTS

- Declaration of J'Nan C. Kimak in Support of Plaintiff's Resistance to Defendant Givaudan Flavors Corporations' Motion for Summary Judgment and Exhibits 1-30.

Dated this 26th day of March, 2018.

                                        Respectfully submitted,

                                        *s/ J'Nan C. Kimak*
                                        KENNETH B. McCLAIN (admitted pro hac vice)
                                        J'NAN C. KIMAK (admitted pro hac vice)
                                        ANDREW K. SMITH (admitted pro hac vice)
                                        MICHAEL S. KILGORE (admitted pro hac vice)
                                        NICHELLE L. OXLEY (admitted pro hac vice)
                                        HUMPHREY, FARRINGTON & McCLAIN, P.C.
                                        221 W. Lexington, Suite 400
                                        Independence, Missouri 64050
                                        (816) 836-5050
                                        (816) 836-8699 fax
                                        kbm@hfmlegal.com
                                        jck@hfmlegal.com
                                        aks@hfmlegal.com
                                        msk@hfmlegal.com
                                        nlo@hfmlegal.com

                                        AND

DENNIS M. McELWAIN    AT0005253
JAY M. SMITH    AT0007387
SMITH & McELWAIN LAW OFFICE
505 5th Street, Suite 530
Sioux City, Iowa 51101
(712) 255-8094
(712) 255-3825 fax
smitmcel@aol.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2018, I electronically filed the foregoing with the Court using the Court's CM/ECF system which sends notification of same to all counsel of record also listed below:

*s/ J'Nan C. Kimak*
**ATTORNEY FOR PLAINTIFFS**

Robert M. Slovek
Matthew E. Enenbach
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
(402) 346-1148 fax
Robert.Slovek@KutakRock.com
matthew.enenbach@kutakrock.com

and

Kimberly E. Ramundo
Stephen J. Butler
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(513) 352-6587
(513) 251-4771
Kim.Ramundo@thompsonhine.com
Steve.butler@thompsonhine.com
**ATTORNEYS FOR GIVAUDAN FLAVORS CORPORATION**

Douglas L Phillips
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Ste. 290
Sioux City, IA 51106
(712) 252 1866
(712) 252 5822 fax
phillips@klasslaw.com

    and

Jason Meyer
Christopher J. Mulvaney
Gordon & Rees
101 West Broadway, Suite 2000
San Diego, CA 92101
619-270-7858 Telephone
(619) 696-7124 Facsimile
jmeyer@gordonrees.com
cmulvaney@gordonrees.com
**ATTORNEYS FOR EMORAL, INC.**